UNITED STATES of America, Appellant, v. Martha E. MULLEN.

No. 9023.

Circuit Court of Appeals, Eighth Circuit.

Oct. 6, 1930.

George A. Keyser, Asst. U. S. Atty., of Omaha, Neb.

1022

Marcus L. Poteet, of Lincoln, Neb., for appellee.

PER CURIAM.

Appeal docketed and dismissed on motion of appellant and consent of appellee.